IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DONNIE RAY SLATER,**
**ADC #103334**                                                           **PLAINTIFF**

v.            Case No. 4:14-cv-00190-KGB

**DAVID CHASTAIN, et al.**                                          **DEFENDANTS**

## JUDGMENT

Consistent with the Order entered on this day, it is considered, ordered, and adjudged that plaintiff Donnie Ray Slater's claims against all defendants are dismissed with prejudice. The relief sought is denied. This dismissal counts as a "strike" for purposes of 28 U.S.C. § 1915(g). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

IT IS SO ADJUDGED this 30th day of March, 2015.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE